# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

CAMERON SHEPHERD,  No. 2:19-cv-0084 JAM DB P

    Plaintiff,

  v.

ROBERT NUESCHMID, et al.,  **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Defendants.

 

Cameron Shepherd, CDCR # V-77471, a necessary and material witness in a settlement conference in this case on May 19, 2020, is confined in California State Prison, Sacramento (SAC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney, by telephonic-conferencing from his place of confinement, to the U. S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Tuesday, May 19, 2020 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. This shall amend the writ issued April 3, 2020.

2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephonic-conferencing, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

4. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at California State Prison, Sacramento, (916) 294-3072.

5. On May 19, 2020, no later than 9:30 a.m., the assigned prison official shall call 1-877-848-7030 and when prompted, use the access code 7431521 plus #, and security code 4223 plus #.

6. If prison officials have any questions concerning the telephonic connection or difficulty connecting, they shall contact Judy Streeter, Courtroom Deputy, at (916) 930-4004.

////

////

////

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SAC, P.O. Box 290002, Represa, California 95671:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, by telephonic-conferencing, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: April 6, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/shep0084.841(c)