IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHEPHERD,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>R. NUESCHMID, et al.,<br><br>　　　　　　　Defendant. | Case No. 2:19-cv-00084 JAM DB<br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se with a civil right action. The parties are currently engaging in discovery. On October 29, 2020, plaintiff moved for an extension of time to respond to defendant's request for production of documents and interrogatories. (ECF No. 51.) Plaintiff stated that he required an extension of time because defendant had received extensions of time to respond to plaintiff's discovery and plaintiff requires the information he seeks through discovery in order to respond to defendant's discovery requests. In an order filed November 5, this court granted plaintiff's motion for an extension of time. (ECF No. 52.)

　　　Defendant now seeks a third extension of time to respond to plaintiff's request for production of documents. (ECF No. 53.) This court finds good cause both for the extension defendant requests and for a similar extension of plaintiff's responses to defendant's discovery.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request for an extension of time (ECF No. 53) is granted. Defendant shall have an additional 21 days, up to and including November 30, 2020, to respond to plaintiff's Requests for Production of Documents, Set One.

2. Plaintiff shall be granted a 21-day extension of time to respond to defendant's request for production of documents and interrogatories. Plaintiff shall place those responses in the mail on or before December 23, 2020.

Dated: November 11, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/shep0084.dis eot(3)