1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
12   CAMERON SHEPHERD,                          Case No. 2:19-cv-00084 JAM DB

                                    Plaintiff,   ORDER
13
14            v.

15   R. NUESCHMID, et al.,

16                                  Defendants.

17
18        Defendant seeks to modify the Discovery and Scheduling Order to extend the discovery

19   deadline for the sole purpose of conducting plaintiff's deposition and to extend the dispositive

20   motion deadline.  This court finds good cause for the extensions of time.  However, due to

21   defendant's requests for extensions of time to respond to plaintiff's discovery requests, this court

22   will continue the discovery deadline in all respects to permit either party to file a motion to

23   compel, if necessary.

24        Accordingly, and good cause appearing, IT IS HEREBY ORDERED that defendant's

25   motion to modify the Discovery and Scheduling Order (ECF No. 55) is granted as follows:

26   ////

27   ////

28

1    1.  The discovery deadline is continued through December 31, 2020.

2    2.  The dispositive motion deadline is continued through April 1, 2021.

3  Dated:  November 18, 2020

4

5

6  DEBORAH BARNES
   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15  DLB:9
    DB/prisoner-civil rights/shep0084.dso eot
16

17

18

19

20

21

22

23

24

25

26

27

28