UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHEPHERD, | No. 2:19-cv-0084 JAM DB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| A. CORNWELL, | |
| Defendant. | |

      Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges defendant used excessive force in violation of the Eighth Amendment, was negligent, and intentionally inflicted emotional distress. Before the court is plaintiff's motion to compel discovery responses. Plaintiff argues that he cannot respond to defendant's discovery requests until defendant responds to his. (ECF No. 49.)

      Plaintiff's motion is essentially a motion for an extension of time. In an order filed November 12, this court recognized that, due to the extensions of time accorded defendant to respond to discovery, plaintiff will require extensions of time as well. (ECF No. 54.) Because that November 12 order provided plaintiff with an extension of time, this court finds plaintiff's motion to compel is moot.

////

////

Accordingly, and good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 49) is denied as moot.

Dated: November 18, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/shep0084.mtc moot