UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHEPHERD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. CORNWELL,<br><br>　　　　　Defendant. | No.  2:19-cv-0084 JAM DB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks an extension of the discovery cut off.  Defendant does not oppose the request as long as the court also extends the deadline for filing dispositive motions.  Plaintiff has also filed a "Declaration" in which he complains about the meet and confer process and about the procedures defendant's counsel set out for providing plaintiff with access to incident reports responsive to plaintiff's discovery requests.  (ECF No. 64.)  In his opposition to plaintiff's pending motion to compel, defendant does not appear to address the subjects set out in the Declaration.  Defendant will be ordered to do so.

　　　　Good cause appearing, IT IS HEREBY ORDERED as follows:

　　　　1. Plaintiff's motion for an extension of time (ECF Nos. 58, 63) is granted.  The discovery cut-off is extended through May 17, 2021.  The parties are reminded that, pursuant to the Discovery and Scheduling Order, any requests for discovery must be served at least sixty days prior to that deadline.  In addition, any motions necessary to compel discovery shall be filed by

1

that May 17 date.

2. The deadline for filing all pretrial motions, except motions to compel discovery, is continued through August 17, 2021.

3. Except for these two extensions of time, the Discovery and Scheduling Order issued July 15, 2020 remains the same.

4. Within twenty days of the filed date of this order, defendant shall file a response to plaintiff's February 8, 2021 declaration.

Dated:  February 17, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/shep0084.dso eot(2)