UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHEPHERD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>A. CORNWELL.,<br><br>　　　　　　Defendant. | No.  2:19-cv-0084 JAM DB P<br><br><br><u>ORDER</u> |

　　　　Plaintiff is a state prisoner proceeding pro se.  In an order filed March 29, 2021, this court granted in part plaintiff's motion to compel.  Therein, defendant was ordered to propose a protective order for some of the discoverable documents.  Defendant has submitted a proposed protective order.  This court will give plaintiff an opportunity to file a response.

　　　　Within thirty days of the filed date of this order, plaintiff may file a response to the proposed protective order submitted by defendant.  If plaintiff does not file a response, this court will consider whether the proposed protective order is appropriate and issue a protective order.

Dated:  April 15, 2021

DLB:9/DB/prisoner-civil rights/shep0084.pro order resp

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1