UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHEPHERD, | No. 2:19-cv-0084 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| A. CORNWELL, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se. On April 23, 2021, defendant filed a motion for summary judgment in which he alleges plaintiff failed to exhaust his administrative remedies and failed comply with the Government Claims Act. Defendant also moves to vacate the dispositive motion deadline so that, if his pending summary judgment motion is denied, he may file a second motion for summary judgment based on the merits of this case.

Good cause appearing, IT IS HEREBY ORDERED that defendant's motion to vacate the dispositive motion deadline (ECF No. 76) is granted. If necessary, this court will schedule a new deadline at a later date.

Dated: April 28, 2021

DLB:9/DB prisoner inbox/civil rights/r/shep0084.dso eot

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1